DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHANDY POINT DU JOUR,**
Appellant,

v.

**MARIE POINT DU JOUR,**
Appellee.

No. 4D2023-1241

[February 8, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE01016703.

Kertch J. Conze of Law Offices of Kertch Conze, P.A., Miramar, and James G. Bishop of Law Office of James G. Bishop, P.A., Lakeland, for appellant.

Paula L. Schwartz, Boynton Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***